UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY MCCRAY, et al., <br><br>                              Plaintiffs, <br><br>             -v.- <br><br> WONDER GROUP, et al., <br><br>                              Defendants. | 23 Civ. 08241 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

On October 12, 2023, the Court directed the parties to confer as to whether they consent to proceeding before the designated Magistrate Judge, and to submit no later than October 26, 2023 either an executed consent form or a joint letter. ECF No. 14. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's October 12 Order forthwith, and in no event later than **November 2, 2023**.

SO ORDERED.

Dated: October 30, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge