

**MEMO ENDORSED**

evan@brusteinlaw.com
www.brusteinlaw.com

Moarch 30, 2024

**BY ECF**
Honorable Gary Stein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Application Granted. The parties' Initial Case Management Conference scheduled for April 24, 2024 is adjourned to Wednesday, May 15, 2024 at 2:00pm. Counsel is directed to join the conference at the scheduled time using the link in the Court's March 25, 2024 Order (Dkt. No. 22).*

Date:   April 3, 2024
        New York, New York

**SO ORDERED:**

/s/ Gary Stein

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

re: McCray, et al. v. Wonder Group, et al.. 23-CV-8241 (JHR) (GS)

Your Honor:

My firm, Brustein Law PLLC, along with Risman & Risman, P.C. represent Plaintiffs Larry McCray, Calvin Clanton, Jr., and Muhammad Ali, (hereinafter collectively referred to as "Plaintiffs") in the abovementioned matter. In that capacity, I write, with the consent of Defendants' counsel, Jason Levin, Esq., to respectfully request an adjournment of the April 24, 2024 Initial Conference because the undersigned is unavailable due to a previously scheduled travel plans. As such, the Plaintiffs respectfully requests that the Initial Conference be adjourned to the May 6, 2024 between 12 p.m. and 4 p.m., May 7, 2024 between 9:30 a.m. and 12:30 p.m., May 8, 2024 between 10 a.m. and 3 p.m., or to a date convenient for the Court.

Plaintiffs thank the Court for its consideration.

Respectfully submitted,

/s/Evan Brustein

Evan Brustein
BRUSTEIN LAW PLLC
299 Broadway, 17th Floor
New York, New York 10007
*Attorney for Plaintiffs*
Telephone: (212) 233-3900
Email: evan@brusteinlaw.com

cc:   All counsel (via ECF)