UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LARRY MCCRAY, CALVIN
CLANTON, JR., and MUHAMMAD
ALI,

                           Plaintiffs,

        -against-

WONDER GROUP and CHRISTOPHER
MACIOCH,

                          Defendants.
-----------------------------------------------------------------X

23 Civ. 8241 (JHR) (GS)

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Status Conference on **Thursday, January 9, 2025 at 3:00 p.m.** The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Click here to join the meeting**.

**Meeting ID: [264 240 698 520]  Passcode: [QG7u3R8p]**

      **SO ORDERED.**

DATED:    New York, New York
              December 27, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge