UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LARRY MCCRAY,

                         Plaintiff,                    23 Civ. No. 8241 (JHR) (GS)

        -against-                              **RESCHEDULING ORDER**

WONDER GROUP and CHRISTOPHER
MACIOCH,

                        Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      Because January 9, 2024 has been declared a federal holiday, the Status Conference scheduled for **Thursday, January 9, 2025** at **3:00 p.m.** is hereby adjourned to **Wednesday, February 5, 2025** at **10:00 a.m.**  Counsel are directed to join the conference via Microsoft Teams at the scheduled time using the following link: [Click Here To Join The Meeting.](#)

**[Meeting ID: 264 240 698 520] [Passcode: QG7u3R8p]**

      SO ORDERED.

DATED:      New York, New York
                  January 7, 2025

                                                    _____
                                                    The Honorable Gary Stein
                                                    United States Magistrate Judge