UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LARRY MCCRAY, CALVIN CLANTON, JR., and MUHAMMAD ALI.,

                              Plaintiffs,

              -against-

WONDER GROUP and CHRISTOPHER MACIOCH.,

                            Defendants.
-----------------------------------------------------------------X

**23 Civ. No. 8241 (JHR) (GS)**

**PRE-SETTLEMENT CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Thursday, February 13, 2025 at 3:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 645 653 672#.**

      **SO ORDERED.**

DATED:    New York, New York
                February 5, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge