UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LARRY MCCRAY, *et al.*,

                                            Plaintiffs,                     **23 Civ. No. 8241 (JHR) (GS)**

                 -against-                                    **ORDER**

WONDER GROUP, *et al.*,

                                            Defendants.
-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

        The undersigned held a settlement conference in this case on March 3, 2025. A settlement was not reached. Since then, the time for both fact discovery and expert discovery has expired. (*See* Dkt. Nos. 29, 36). Accordingly, the parties are directed to provide a joint status letter by no later than Tuesday, August 5, 2025 apprising the Court as to how this action should proceed.

        **SO ORDERED.**

DATED:    New York, New York
                 July 28, 2025

                                                                                       _____
                                                                                     The Honorable Gary Stein
                                                                                      United States Magistrate Judge